**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                    **CASE NO.: 16-10986-RBR**
                                                                      **CHAPTER 13**

**Rose Thornton aka Rose Shellman aka**
**Rose T. Turner,**

     Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

     **PLEASE TAKE NOTICE THAT,** on behalf of FEDERAL NATIONAL MORTGAGE

ASSOCIATION ("FANNIE MAE") ("Secured Creditor"), and pursuant to Rule 2002 of the

Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to

be given and all papers required to be served in this case to creditors, any creditors committees,

and any other parties-in-interest, be sent to and served upon the undersigned counsel and the

following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                   Robertson, Anschutz & Schneid, P.L.
                                   Authorized Agent for Secured Creditor
                                   6409 Congress Ave., Suite 100
                                   Boca Raton, FL 33487
                                   Telephone: 561-241-6901
                                   Facsimile: 561-997-6909
                                   By: /s/Diangelo Frazer
                                   Diangelo Frazer, Esquire
                                   Email: dfrazer@rasmonitor.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 25, 2017, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been

served via CM/ECF or United States Mail to the following parties:

ROSLYN C. LEWIN, ESQ.
2 S UNIVERSITY DR #312
PLANTATION, FL  33324

ROSE THORNTON AKA ROSE SHELLMAN AKA ROSE T. TURNER
621 NW 34 TERRACE
LAUDERHILL, FL  33311

ROBIN R WEINER
WWW.CH13WEINER.COM
POB 559007
FORT LAUDERDALE, FL  33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Diangelo Frazer
Diangelo Frazer, Esquire
Email: dfrazer@rasmonitor.com